Motion for leave to appeal dismissed upon the ground that the issues presented have become moot. Motion for poor person relief dismissed as academic.

Judge GARCIA taking no part.

In the Matter of VIKING PUMP, INC. and WARREN PUMPS, LLC, INSURANCE APPEALS. VIKING PUMP, INC. and WARREN PUMPS, LLC, Appellants; TIG INSURANCE COMPANY et al., Respondents.

Submitted January 19, 2016; decided February 11, 2016

*See* — A3d —, 2015 WL 3618924, 2015 Del LEXIS 278.

Motion by New York State Electric and Gas Corporation for leave to appear amicus curiae on consideration of the certified questions herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge GARCIA taking no part.

In the Matter of VIKING PUMP, INC. and WARREN PUMPS, LLC, INSURANCE APPEALS. VIKING PUMP, INC. and WARREN PUMPS, LLC, Appellants; TIG INSURANCE COMPANY et al., Respondents.

Submitted January 25, 2016; decided February 11, 2016

*See* — A3d —, 2015 WL 3618924, 2015 Del LEXIS 278.

Motion by United Policyholders et al. for leave to appear amici curiae on consideration of the certified questions herein granted only to the extent that the proposed brief is accepted as filed.

Judge GARCIA taking no part.

In the Matter of YOGA VIDA NYC, INC., Appellant. COMMISSIONER OF LABOR, Respondent.

Submitted December 14, 2015; decided February 11, 2016